|   |   |
|---|---|
| 1 | Kelly L. Andersen |
| 2 | 1730 E. McAndrews Rd., Ste, A |
|   | Medford, OR 97504 |
| 3 | Telephone: (541) 773-7000 |
|   | Facsimile: (541) 608-0535 |
| 4 | E-Mail: Kelly@andersenlaw.com |

RECEIVED
07 FEB 16 PM 4: 43
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NANCE CHURCH, | Case No. C 07-00773 EMC |
|---|---|
| Plaintiff, | ~~(Proposed)~~ |
| v. | ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| SKYWEST AIRLINES, | |
| Defendant. | |

Kelly L. Andersen, an active member in good standing of the bar of the State of Oregon, the United States District Court for the District of Oregon, the United States 9th Circuit Court of Appeals, and the United States Court of Claims, whose business address and telephone number is 1730 E. McAndrews Road, Suite A, Medford, Oregon, 97504, telephone number (541) 773-7000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiff, Nance Church

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communications with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 25, *Electronic Case Filing*.

2/20/07
Date

EDWARD M. CHEN
United States Magistrate Judge

IT IS SO ORDERED
Judge Edward M. Chen

Page 1 -   ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

Kelly L. Andersen, P.C.
Attorney at Law
1730 E. Mc Andrews, Suite A
Medford, Or 97504
Telephone (541) 773-7000   Fax (541) 608-0535
E-Mail: kelly@andersenlaw.com