IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCE CHURCH,<br><br>    Plaintiff,<br><br>  v.<br><br>SKYWEST AIRLINES, a wholly owned subsidiary of SKYWEST, INC., a corporation; and JOHN DOES 1 through 10,<br><br>    Defendants.<br>_____/ | No. C 07-00773 WHA<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO RECONSIDER APPEARANCE BY TELEPHONE** |

Plaintiff's motion to reconsider appearance of plaintiff's counsel by telephone at the initial case management conference is **DENIED**.

**IT IS SO ORDERED.**

Dated: May 10, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE