IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCE CHURCH,<br><br>    Plaintiff,<br><br>  v.<br><br>SKYWEST AIRLINES, a wholly owned subsidiary of SKYWEST, INC., a corporation; and DOES 1 through 10,<br><br>    Defendants.<br>                                          / | No. C 07-00773 WHA<br><br>**ORDER DENYING STIPULATION TO EXTEND DEADLINE FOR CONDUCTING MEDIATION** |

Parties' request for a 210-day deadline by which to complete mediation is excessive. Parties shall have until **SEPTEMBER 15, 2007** to complete mediation.

**IT IS SO ORDERED.**

Dated: June 26, 2007.

                                                  WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE