KELLY L. ANDERSEN (*Pro Hac Vice*)
LAW OFFICES OF KELLY L. ANDERSEN, P.C.
1730 E. McAndrews Rd., Suite A
Medford, OR 97504
Telephone: (541) 773-7000
Facsimile: (541) 608-0535
Email: kelly@andersenlaw.com

Attorney for Plaintiff
NANCE CHURCH


KEN M. MARKOWITZ (SBN 104674)
KIMBERLY I. McINTYRE (SBN 184648)
KENNEY & MARKOWITZ L.L.P.
255 California Street, Suite 1300
San Francisco, CA 94111
Telephone: (415) 397-3100
Facsimile: (415) 397-3170
Email: kmarkowitz@kennmark.com
kmcintyre@kennmark.com

Attorneys for Defendant
SKYWEST AIRLINES, sued and served as
SKYWEST AIRLINES, a wholly owned subsidiary
of SKYWEST, INC., a corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION – **ECF PROGRAM**

| | |
|---|---|
| NANCE CHURCH,<br><br>Plaintiff,<br><br>v.<br><br>SKYWEST AIRLINES, a wholly owned subsidiary of SKYWEST, INC., a corporation; and DOES 1 through 10,<br><br>Defendants. | CASE NO. C 07-0773 WHA<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON** |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice

pursuant to *Federal Rule of Civil Procedure* 41(a)(1).

DATED: February 1, 2008

LAW OFFICES OF KELLY L. ANDERSEN, P.C.

By: /s/ Kelly L. Andersen
KELLY L. ANDERSEN
Attorney for Plaintiff
NANCE CHURCH

DATED: February 20, 2008

KENNEY & MARKOWITZ L.L.P

By: /s/ Kimberly McIntyre
KEN M. MARKOWITZ
KIMBERLY I. McINTYRE
Attorneys for Defendant
SKYWEST AIRLINES

## ORDER

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED THAT THIS ACTION IS DISMISSED WITH PREJUDICE.

Dated: February 26, 2008.

IT IS SO ORDERED
/s/ Wm Alsup
Judge William Alsup

_____
WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE